# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DEMETERIA CLINTON, | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:11-CV-0676-N (BF) |
| v. | § | |
| | § | |
| DISCOVER BANK, | § | |
| Defendant. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of

United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed

Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**SIGNED** June 23, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE